**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Claude P. Devall
Newman, Hoffoss & Devall
1830 Hodges St.
Lake Charles LA 70601

**REHEARING ACTION: January 13, 2010**

**Docket Number: 09   00256-CA**

**JAMES SHAY**
**VERSUS**
**CREATIVE POOLSCAPES AND GARDENS, LLC**

**Appealed from Calcasieu Parish Case No. 2007-4992**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James Shay** has this day been

    **DENIED.**
    Thibodeaux, C. J., would grant rehearing.

cc: Charles Schrumpf, Counsel for the Appellee